IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00420-RPM

BLAKE COHEN,

    Plaintiff,

v.

MOLLY A. ZOOK,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The motion to vacate and re-set the March 29, 2012, scheduling conference is granted.  The conference is **rescheduled for April 17, 2012, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall deliver the proposed scheduling order in paper form directly to chambers by **April 12, 2012, at 4:00 p.m.**

DATED: February 22, 2012