IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00420-RPM

BLAKE COHEN,

    Plaintiff,

v.

MOLLY A. ZOOK,

    Defendant.

_____

ORDER AMENDING SCHEDULING ORDER RE EXPERT WITNESS DISCLOSURES
_____

    Pursuant to the Stipulated Motion to Amend Scheduling Order Re Expert Witness Disclosures [15] filed September 27, 2012, it is

    ORDERED that the motion is granted and Section 7, paragraph (d)(1) of the Scheduling Order is amended to includes engineering experts rather than a standard-of-care expert in the area of bicycling.

    Dated: September 28th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge