IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00420-RPM

BLAKE COHEN,

     Plaintiff,

v.

MOLLY A. ZOOK,

     Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

     The unopposed motion to vacate and re-set the April 5, 2013, pretrial conference is granted.  The conference is **reset for May 14, 2013, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed final pretrial order shall be delivered in paper form directly to chambers by **4:00 p.m. on May 9, 2013.**

DATED: February 28, 2013