IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00420-RPM

BLAKE COHEN,

    Plaintiff,

v.

MOLLY A. ZOOK,

    Defendant.

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice, filed July 18, 2013 [28], it is

ORDERED that this civil action is dismissed with prejudice, each party to bear their own costs.

DATED: July 19th, 2013

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge